# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TONYA FELLITA MILLER,**

    **Plaintiff,**

v.                           **Case No: 6:17-cv-1777-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") (Doc. No. 1) (filed October 13, 2017). The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed.

After an independent *de novo* review of the record in this matter, including consideration of Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. 27),[1] and the Commissioner's response to Plaintiff's Objections (Doc. 28), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed October 5, 2018 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The final decision of the Commissioner is **AFFIRMED**.

---

[1] Plaintiff's Request for Oral Argument is **DENIED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on November 2_, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record